UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MCGEE-HOLDEN,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No.  2:21–cv–1817–KJN PS<br><br>ORDER |

On October 1, 2021, plaintiff, proceeding without counsel in this action, filed a complaint in this court requesting review of the Commissioner's denial of social security benefits.[1] (ECF No. 1.) The court directed e-service, and stayed the case due to the ongoing pandemic. (See General Order 615.) On April 6, 2022, the court lifted the stay and issued a scheduling order for the case. (ECF No. 8.) The scheduling order required the Commissioner to file a copy of the Administrative Transcript within 90 days, and set a briefing schedule after the AT was filed.

On April 25, 2022, the Commissioner filed the Administrative Transcript with the court. Accordingly, plaintiff now has 45 days to file her motion for summary judgment. Plaintiff shall refer to Par. 7(a)-(f) of the scheduling order when deciding what information to include in her

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15). After the parties consented to the jurisdiction of a magistrate judge for all purposes, this case was assigned to the undersigned for resolution of the case. (See ECF Nos. 5, 6, 9.)

1

motion for summary judgment, which states that with a motion for summary judgment:

7. All references to the record and all assertion of fact must be accompanied by citations to the record[, and] shall contain the following:

    a. A description of the plaintiff's alleged physical or emotional impairments, including when the plaintiff contends the impairments became disabling, and how these impairments disable the plaintiff from work;

    b. A summary of all relevant medical evidence, including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

    c. A summary of the relevant testimony at the administrative hearing;

    d. A recitation of the defendant's findings and conclusions relevant to the plaintiff's claims;

    e. A short, separate statement of each of the plaintiff's legal claims stated in terms of the insufficiency of the evidence to support findings of fact or reliance upon an erroneous legal standard; and

    f. Argument separately addressing each claimed error. Argument in support of each claim of error must be supported by citation to legal authority and explanation of the application of such authority to the facts of the particular case.

Plaintiff may request more time to file her motion for summary judgment with a showing of good cause.

SO ORDERED.

Dated:  April 25, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcge.1817